# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Michael Doughty Williams | ) | Case No: 5:09-CR-162-1BR |
| | ) | USM No: 51662-056 |
| Date of Original Judgment: 07/06/2010 | ) | |
| Date of Previous Amended Judgment: | ) | |
| (Use Date of Last Amended Judgment if Any) | | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

```
For the reasons set forth in the court's 30 May 2014 order, the court denies the motion.
```

Except as otherwise provided, all provisions of the judgment dated  07/06/2010  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 7/20/2015

*signature*

W. Earl Britt, Senior U.S. District Judge

Effective Date: _____
*(if different from order date)*           Printed name and title

Case 5:09-cr-00162-BR   Document 158   Filed 07/21/15   Page 1 of 1